UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>Jose Luis Rios-Flores　　　　　)<br>　　　　　Defendant(s)　　　　　) | 08CR0128-BEN<br>CRIMINAL NO. 07mj2936<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 02021298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed)/ Order of Court).

Juan Daniel Ponce-Cabrera

DATED: 1/15/08

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
by _____
　　　Deputy Clerk